IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00631–EWN–PAC

SYLVIA CEKIN, and
TAMARA GORENC,

    Plaintiffs,

v.

JEFFREY LEE FRANKHOUSER, individually and d.b.a. COVENANT FINANCIAL &
INSURANCE SERVICES,
1717 CAPITAL MANAGEMENT COMPANY, a Pennsylvania corporation, and
HORNOR, TOWNSEND & KENT, INC., a Pennsylvania corporation,

    Defendants.

## ORDER

    This matter comes before the court on Plaintiff's Motion to Remand (#18) filed May 5, 2006. Defendants have filed their responses indicating they are not opposed to the motion to remand. Accordingly, it is

    ORDERED that the motion to remand (#18) is GRANTED and the case is now remanded to the Adams County (Colorado) District Court. It is further

ORDERED that all pending motions are DENIED without prejudice to renewal of the motions by a direct filing in the state court.

Dated this 31st day of May, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge